# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00495-CV

**Ronald D. Patton, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-14-205610, HONORABLE KAREN SAGE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ronald D. Patton, an inmate appearing pro se, has filed a notice of "appeal to recover property loss." However, based on the information provided in Patton's notice, it does not appear that Patton first sought relief in the trial court and that he now seeks to appeal a final judgment.

Unless a statute authorizes an interlocutory appeal, the jurisdiction of this Court is limited to the review of final judgments. Tex. Civ. Prac. & Rem. Code §§ 51.12, 51.014; *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). After reviewing Patton's notice of appeal, the clerk of this Court notified Patton that it appeared that the Court lacked jurisdiction to consider his appeal. The clerk requested that Patton respond in writing to explain why this Court has jurisdiction over his appeal and informed Patton that his appeal would be subject to dismissal if he did not respond by August 17, 2015.

To date, Patton has not responded to the Court's inquiry, and we have not been provided with a clerk's record containing a final judgment. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed: October 16, 2015